**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:

| | |
|---|---|
| **CHRISTOPHER RAY WHITMAN** | **CASE NO.: 13-02224-8-DMW** |
| **LESLEY HINES WHITMAN** | **CHAPTER 13** |
| **DEBTORS** | |

## MOTION TO DEEM MORTGAGE CURRENT

NOW COMES, Joseph A. Bledsoe, III Chapter 13 Trustee and hereby moves the Court for an Order declaring the Debtor's mortgage to LoanCare, subsequently assigned to RoundPoint Mortgage Servicing, its successors and/or assigns ("RoundPoint") current; and, in support of said Motion, shows unto the Court as follows:

1. The Debtors' Chapter 13 Plan was confirmed on July 23, 2013.

2. RoundPoint filed a claim in this case secured by the Debtors' residence. The trustee has disbursed a total of $44,110.98 to RoundPoint representing contractual post-petition mortgage payments for the months of May, 2013 through May, 2018.

3. In addition to the contractual post-petition mortgage payments, RoundPoint was also allowed a pre-petition arrearage claim in the amount of $152.89. This claim has been paid in full.

4. RoundPoint has advised the Trustee that the account is contractually current.

5. Other than as stated herein, Trustee is not aware of any other permissible fees, expenses or charges accruing on the Mortgage Loan from the Petition date through the date of this Motion that have not been paid.

6. Based on the foregoing information available to the Trustee, RoundPoint was served with a Notice of Final Cure Payment ("Notice") complying with Fed. R. Bank. P. 3002.1(f) and (g).

7. RoundPoint has filed a Response containing a statement agreeing with the information contained in the Trustee's Notice.

8. The claim of RoundPoint was allowed as a long-term nondischargeable debt pursuant to the provisions of 11 U.S.C. §1322(b)(5).

9. RoundPoint should be required to treat the Debtors' mortgage as reinstated and fully current in all obligations under the mortgage.

10. The Debtors have completed their plan.

WHEREFORE, the Trustee prays as follows:

1. That RoundPoint be required to treat the Debtor's mortgage as reinstated and fully current in all obligations under the mortgage as of May 31, 2018, with the balance of the loan as of June 1, 2018 determined to be $100,935.37.

2. That this case be processed for closing; and

3. That the regular monthly payment due RoundPoint be paid directly by the Debtors beginning June 1, 2018.

Dated:  July 1, 2018

    s/Joseph A. Bledsoe, III
JOSEPH A. BLEDSOE, III
Chapter 13 Trustee
PO Box 1618
New Bern, NC 28563
(252) 633-0074

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

| | |
|---|---|
| CHRISTOPHER RAY WHITMAN | CASE NO.: 13-02224-8-DMW |
| LESLEY HINES WHITMAN | CHAPTER 13 |

     **DEBTORS**

## NOTICE OF MOTION

     NOTICE IS HEREBY GIVEN of the Trustee's Motion to Deem Mortgage Current filed simultaneously herewith in the above captioned case; and

     FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court on or before August 13, 2018; and

     FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by a party in interest in writing the time indicated, a hearing will be conducted on the motion and response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte without further notice. Any party filing an objection requesting a hearing, shall appear at said hearing or they may taxed with Court costs.

     DATE OF NOTICE:  July 18, 2018

                                        s/Joseph A. Bledsoe, III
                                        JOSEPH A. BLEDSOE, III
                                        Chapter 13 Trustee
                                        PO Box 1618
                                        New Bern, NC 28563
                                        (252) 633-0074

CERTIFICATE OF SERVICE

I, Joseph A. Bledsoe, III, Trustee of P.O. Box 1618, New Bern, NC 28563, do certify:

That I am and was at all times hereinafter referred to more than eighteen (18) years of age; and

That I have this day served a copy of Trustee's Motion to Deem Mortgage Current and Notice by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | | |
|---|---|---|
| **DEBTOR:** | Christopher R. Whitman<br>Lesley H. Whitman<br>170 Swinson Drive<br>Dudley, NC 28333 | (via first-class mail) |
| **ATTORNEY:** | John T. Orcutt<br>Attorney at Law | (via cm/ecf) |
| **CREDITOR:** | RoundPoint Mortgage Servicing Corp.<br>Attn: Bank Officer/Managing Agent<br>P.O. Box 19409<br>Charlotte, NC 28219-9409 | (via certified mail, return receipt requested) |
| | Hutchens Law Firm<br>Attn: Joseph J. Vonnegut<br>Bankruptcy Dept.<br>P.O. Box 2505<br>Fayetteville, NC 28302 | (via first-class mail) |

DATED:  July 18, 2018

                                                s/Joseph A. Bledsoe, III
                                                Joseph A. Bledsoe, III Trustee
                                                Chapter 13 Trustee